# Court of Appeals
# of the State of Georgia

ATLANTA,  March 24, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1404.  IN THE INTEREST OF B. L., et al., CHILDREN (FATHER).**

In July 2019, the juvenile court entered an order terminating the father's parental rights to his four minor children.  In November 2019, the juvenile court granted the father's motion for an out-of-time appeal.  The father then filed this appeal.  Pretermitting the propriety of the juvenile court's grant of an out-of-time appeal, we lack jurisdiction.  Pursuant to OCGA § 5-6-35 (a) (12) appeals from orders terminating parental rights must be brought by filing an application for discretionary review. See *In the Interest of K. R.*, 285 Ga. 155, 155-156 (674 SE2d 288) (2009).  The father's failure to file an application for discretionary review deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/24/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*